PHILLIP A. TALBERT
United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Applicant
United States of America

**FILED**
Jul 13, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE PEOPLE'S COURT OF DA NANG CITY, VIETNAM IN BA TRI HUYNH V. KIM THOA TRAN, REF NO.: 13/TTPDS-TA15 | CASE NO.  2:22-mc-0221-AC<br><br>[PROPOSED] ORDER GRANTING APPLICATION PURSUANT TO 28 U.S.C. § 1782 |

WHEREAS, the United States, on behalf of the People's Court of Da Nang City, through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain certain information from Kim Tran, for use in connection with a judicial proceeding in that court; and

WHEREAS upon review of the Letter of Request issued by the People's Court of Da Nang City seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in Vietnam, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that Steven Tennyson, Assistant United States Attorney, be hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Kim Tran for transmission to the Office of

International Judicial Assistance, United States Department of Justice, for transmission to the People's Court of Da Nang City, in Da Nang, Vietnam, in the case captioned *Ba Tri Huynh v. Kim Thoa Tran*, Foreign Reference Number Ref No.: 13/TTTPDS-TA15; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

    IT IS FURTHER ORDERED that the United States Attorney's Office shall provide Kim Tran, with a copy of this Order and the accompanying documents.

Dated: July 12, 2022

                                                /s/ Allison Claire
                                                ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE